ALBERT T. PRATT *vs.* PROBATE COURT OF PAWTUCKET.

PROVIDENCE—JUNE 11, 1901.

PRESENT : Stiness, C. J., Tillinghast and Rogers, JJ.

(1)  *Probate Law and Practice.    Guardian and Ward.    Discontinuance of Action.*

A party who has filed a petition for the appointment of a guardian of his person and estate may, before the entry of a decree therein, discontinue the petition under Gen. Laws cap. 243, § 4.

PETITION FOR WRIT OF PROHIBITION.    After the decision reported in 22 R. I. 596, the case was remitted to the Probate Court of Pawtucket with direction to re-open the same and set a time for entry of decree or for further hearing. Thereupon petitioner attempted to discontinue petition.

Heard on petition for writ of prohibition against further proceedings by the Probate Court of Pawtucket, and writ granted.

(1)    PER CURIAM.    The court is of opinion that the petitioner has the right to discontinue his petition under Gen. Laws cap. 243, § 4.

Writ of prohibition may issue.

*H. J. Dubois*, for petitioner.

*P. H. Quinn*, for guardian.